**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

July 7, 2010

Clerk, U.S. Bankruptcy Court

RE: James J. & Samantha A. Washburn
    Bankruptcy Case No. 5-07-50792
    Unclaimed Funds For: PGM & Company
                           123 Harford Street
                            Milford PA 18337

Dear Clerk:

    Enclosed herewith please find check No.778901 for $2,053.28 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                                        Very truly yours,

                                                        *Carol A. Kreider*

                                                        Carol A. Kreider
                                                        Funds Manager